IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARC WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   06 C 4617 |
| | ) | |
| HARLEY-DAVIDSON MOTOR COMPANY, | ) | Judge Joan H. Lefkow |
| a foreign corporation, HARLEY-DAVIDSON, | ) | |
| INC., a foreign corporation, and H-D GROUP, | ) | Magistrate Judge Nolan |
| LLC, a limited liability corporation, and | ) | |
| HARLEY-DAVIDSON MOTOR COMPANY | ) | |
| GROUP, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED** and agreed between the undersigned that Plaintiff's Complaint shall be dismissed against Defendant Harley-Davidson Motor Company Group, Inc, incorrectly sued herein as Harley-Davidson Motor Company, Harley-Davidson, Inc. and H-D Group, LLC, with prejudice and without costs to any party.

RHONDA L. WALKER, ESQ.

Dated: March __17____, 2008      /s/Rhonda L. Walker
                                 RHONDA L. WALKER
                                 Attorney at Law
                                 33 N. LaSalle St., Suite 330O
                                 Chicago, IL 60602
                                 Attorney for Plaintiff, Marc Walker

QUARLES & BRADY LLP

Dated: March ___19___, 2008      /s/Monica M. Tynan
                                 QUARLES & BRADY LLP
                                 500 West Madison Street
                                 Chicago, IL   60661
                                 Attorneys for Defendant Harley-Davidson Motor
                                 Company Group, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2008, a copy of the foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system at the email addresses indicated below. Parties may access this filing through the Court's system:

> Attorney for Plaintiff, Marc Walker
> Rhonda L. Walker
> Attorney at Law
> 33 N. LaSalle St., Suite 330O
> Chicago, IL 60602


   /s Monica Maria Tynan